# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 14-16462 |
| | § | |
| LEON WASHINGTON | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 04/28/2015, in Courtroom 644, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   04/03/2015              By:   /s/ David P. Leibowitz
                                                  Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 14-16462 |
| | § | |
| LEON WASHINGTON | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*          $3,000.00
*and approved disbursements of*                  $11.03
*leaving a balance on hand of[1]:*              $2,988.97

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:          $0.00
Remaining balance:                          $2,988.97

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $750.00 | $0.00 | $750.00 |
| David P. Leibowitz, Trustee Expenses | $3.04 | $0.00 | $3.04 |

Total to be paid for chapter 7 administrative expenses:    $753.04
Remaining balance:                                      $2,235.93

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:    $0.00
Remaining balance:                                        $2,235.93

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $413.51 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2 | IRS Priority Debt | $413.51 | $0.00 | $413.51 |

|  |  |
|---:|---:|
| Total to be paid to priority claims: | $413.51 |
| Remaining balance: | $1,822.42 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $6,806.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 26.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | Cavalry SPV I, LLC as assignee of | $697.58 | $0.00 | $186.79 |
| 2a | IRS Priority Debt | $586.88 | $0.00 | $157.14 |
| 3 | Midland Credit Management, Inc. | $5,521.66 | $0.00 | $1,478.49 |

|  |  |
|---:|---:|
| Total to be paid to timely general unsecured claims: | $1,822.42 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST Form 101-7-NFR (10/1/2010)**

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 14-16462-PSH
Leon Washington                                                           Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mgonzalez          Page 1 of 2          Date Rcvd: Apr 06, 2015
                              Form ID: pdf006          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2015.
```
db            +Leon Washington,    52 Hickory,    Chicago Heights, IL 60411-4010
21874549     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: BANK OF America,    Attn: Bankruptcy Dept.,    Po Box 982235,
                El Paso,TX 79998)
21874550      +CITI FLEX,   Attn: Bankruptcy Dept.,    Po Box 6497,    Sioux Falls,SD 57117-6497
22206461    +++Cavalry SPV I, LLC as assignee of,    Barclays Bank Delware/Juniper Bank,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
21874553      +Clerk, First Mun Div,    Bankruptcy Dept.,   50 W. Washington St., Rm. 1001,
                Chicago,IL 60602-1316
21874546      +Equifax,   Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta,GA 30374-0241
21874547      +Experian,    Attn: Bankruptcy Dept.,   PO Box 2002,    Allen,TX 75013-2002
21874557      +HBLC Inc.,   Bankruptcy Department,    421 N. Northwest Hwy., #201,    Barrington,IL 60010-6022
21874539      +HSBC BANK Nevada N.A.,   C/O Portfolio Recovery ASS,    120 Corporate Blvd Ste 1,
                Norfolk,VA 23502-4962
21874532      +Harris & Harris LTD,    Attn: Bankruptcy Dept.,   600 W Jackson Blvd Ste 4,
                Chicago,IL 60661-5675
21874555       Illinois Department of Revenue,    Bankruptcy Department,    PO Box 64338,
                Chicago,IL 60664-0338
21874551      +J.R.S.-I, Inc.,    Bankruptcy Dept.,    421 N. Northwest Hwy., #201,    Barrington,IL 60010-6022
21874531      +MBB,   Attn: Bankruptcy Dept.,    1460 Renaissance Dr,   Park Ridge,IL 60068-1331
21874545      +Mea-Sullivan,    C/O Commonwealth Financial,   245 Main St,    Dickson City,PA 18519-1641
21874542      +Merchants Credit Guide,    Attn: Bankruptcy Dept.,    223 W Jackson Blvd Ste 4,
                Chicago,IL 60606-6914
22248606      +Midland Credit Management, Inc.,    as agent for Asset Acceptance LLC,    PO Box 2036,
                Warren, MI 48090-2036
21874541      +Northland Group,    Bankruptcy Dept.,   PO Box 390846,    Edina,MN 55439-0846
21874534      +Santander Consumer USA,    Attn: Bankruptcy Dept.,    Po Box 961245,    Ft Worth,TX 76161-0244
21874558      +Steven Fink & Assoc.,    Attn: Bankruptcy Dept.,   421 N. Northwest Highway,    Suite #201(a),
                Barrington,IL 60010-6020
21874552      +Steven J. Fink & Associates,    Bankruptcy Dept.,   25 E. Washington St. # 1233,
                Chicago,IL 60602-1876
21874535      +T-Mobile,   C/O DEBT Recovery Solution,    900 Merchants Concourse,    Westbury,NY 11590-5142
21874548      +Transunion,    Attn: Bankruptcy Dept.,   PO Box 1000,    Chester,PA 19016-1000
21874560      +World Financial Net. Natl Bank,    Bankruptcy Department,    PO Box 182125,
                Columbus,OH 43218-2125
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21874561      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 07 2015 00:40:09     Asset Acceptance LLC,
                Bankruptcy Dept.,   PO Box 2036,   Warren,MI 48090-2036
21874533      +E-mail/Text: bankruptcy@cavps.com Apr 07 2015 00:41:05     Barclays BANK Delaware,
                C/O Cavalry Portfolio SERV,   Po Box 27288,   Tempe,AZ 85285-7288
21874540      +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 07 2015 00:48:42
                Capital ONE BANK USA   N.A.,   C/O LVNV Funding LLC,    Po Box 740281,   Houston,TX 77274-0281
21874543      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 07 2015 00:40:18     Citibank   South Dakota   N.A.,
                C/O Midland Funding,   8875 Aero Dr Ste 200,   San Diego,CA 92123-2255
21874537      +E-mail/Text: clerical.department@yahoo.com Apr 07 2015 00:39:04     Creditors Collection B,
                Attn: Bankruptcy Dept.,    755 Almar Pkwy,   Bourbonnais,IL 60914-2393
21874536      +E-mail/Text: bankruptcies@escallate.com Apr 07 2015 00:39:03     Escallate LLC,
                Attn: Bankruptcy Dept.,    5200 Stoneham Rd,   North Canton,OH 44720-1584
21874554      +E-mail/Text: cio.bncmail@irs.gov Apr 07 2015 00:39:30     IRS Priority Debt,   Bankruptcy Dept.,
                PO Box 7346,   Philadelphia,PA 19101-7346
21874544      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 07 2015 00:40:18     Midland Credit Management,
                Bankruptcy Dept.,   8875 Aero Dr., Ste. 200,   San Diego,CA 92123-2255
                                                                                             TOTAL: 8
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21874559*     +Clerk, First Mun Div,    Bankruptcy Dept.,   50 W. Washington St., Rm. 1001,
                Chicago,IL 60602-1316
21874538*     +Creditors Collection B,    Attn: Bankruptcy Dept.,   755 Almar Pkwy,    Bourbonnais,IL 60914-2393
21874556*     +IRS Priority Debt,    Bankruptcy Dept.,   PO Box 7346,    Philadelphia,PA 19101-7346
21874562*     +Midland Credit Management,    Bankruptcy Dept.,   8875 Aero Dr., Ste. 200,
                San Diego,CA 92123-2255
                                                                                       TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

```
District/off: 0752-1          User: mgonzalez           Page 2 of 2             Date Rcvd: Apr 06, 2015
                              Form ID: pdf006           Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2015                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2015 at the address(es) listed below:
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ     on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              John Edward Rigney    on behalf of Debtor Leon  Washington ndil@geracilaw.com,
               johnedwardrigney@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                            TOTAL: 4
```