**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-16462 |
| | § | |
| LEON WASHINGTON | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | $6,575.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $2,235.93 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $764.07 | | |

3) Total gross receipts of $3,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $3,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $1,720.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $764.07 | $764.07 | $764.07 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $558.00 | $413.51 | $413.51 | $413.51 |
| General Unsecured Claims (from **Exhibit 7**) | $38,898.00 | $6,806.12 | $6,806.12 | $1,822.42 |
| **Total Disbursements** | $41,176.00 | $7,983.70 | $7,983.70 | $3,000.00 |

4). This case was originally filed under chapter 7 on 04/30/2014. The case was pending for 15 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/07/2015        By:   /s/ David P. Leibowitz
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Santander Consumer USA - 2008 Ford Mustang with 83,000 miles | 1129-000 | $3,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$3,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Santander Consumer USA | 4110-000 | $1,720.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,720.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $750.00 | $750.00 | $750.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $3.04 | $3.04 | $3.04 |
| Green Bank | 2600-000 | NA | $11.03 | $11.03 | $11.03 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$764.07** | **$764.07** | **$764.07** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | IRS Priority Debt | 5800-000 | $438.00 | $413.51 | $413.51 | $413.51 |
| | Illinois Department of Revenue | 5800-000 | $120.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$558.00** | **$413.51** | **$413.51** | **$413.51** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC as assignee of | 7100-900 | $698.00 | $697.58 | $697.58 | $186.79 |
| 2a | IRS Priority Debt | 7100-000 | $750.00 | $586.88 | $586.88 | $157.14 |
| 3 | Midland Credit Management, Inc. | 7100-000 | $5,887.00 | $5,521.66 | $5,521.66 | $1,478.49 |
|  | BANK OF America | 7100-000 | $3,309.00 | $0.00 | $0.00 | $0.00 |
|  | Capital ONE BANK USA N.A. | 7100-000 | $1,404.00 | $0.00 | $0.00 | $0.00 |
|  | CITI FLEX | 7100-000 | $7,388.00 | $0.00 | $0.00 | $0.00 |
|  | Citibank South Dakota N.A. | 7100-000 | $4,167.00 | $0.00 | $0.00 | $0.00 |
|  | Creditors Collection B | 7100-000 | $249.00 | $0.00 | $0.00 | $0.00 |
|  | Creditors Collection B | 7100-000 | $314.00 | $0.00 | $0.00 | $0.00 |
|  | Equifax | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Escallate LLC | 7100-000 | $861.00 | $0.00 | $0.00 | $0.00 |
|  | Experian | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Harris & Harris LTD | 7100-000 | $507.00 | $0.00 | $0.00 | $0.00 |
|  | HBLC Inc. | 7100-000 | $9,552.00 | $0.00 | $0.00 | $0.00 |
|  | HSBC BANK Nevada N.A. | 7100-000 | $450.00 | $0.00 | $0.00 | $0.00 |
|  | J.R.S.-I, Inc. | 7100-000 | $1,475.00 | $0.00 | $0.00 | $0.00 |
|  | MBB | 7100-000 | $332.00 | $0.00 | $0.00 | $0.00 |
|  | Mea-Sullivan | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
|  | Merchants Credit Guide | 7100-000 | $550.00 | $0.00 | $0.00 | $0.00 |
|  | T-Mobile | 7100-000 | $805.00 | $0.00 | $0.00 | $0.00 |
|  | Transunion | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $38,898.00 | $6,806.12 | $6,806.12 | $1,822.42 |

**UST Form 101-7-TDR (10/1/2010)**

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 14-16462-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | WASHINGTON, LEON | Date Filed (f) or Converted (c): | 04/30/2014 (f) |
| For the Period Ending: | 7/7/2015 | §341(a) Meeting Date: | 06/19/2014 |
| | | Claims Bar Date: | 10/21/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  checking account with - Chase | $10.00 | $0.00 | OA | $0.00 | FA |
| 2  Household Goods; tv, vcr, stereo, couch, utensils, $500 vacuum, table, chairs, lamps, entertainment center, bedroom set | $500.00 | $0.00 | OA | $0.00 | FA |
| 3  Books, CD's, DVD's, Tapes/Records, Family Pictures | $80.00 | $0.00 | OA | $0.00 | FA |
| 4  Necessary wearing apparel. | $50.00 | $0.00 | OA | $0.00 | FA |
| 5  Watch | $45.00 | $0.00 | OA | $0.00 | FA |
| 6  Pension w/ Employer/Former Employer - 100% Unknown Exempt. | Unknown | $0.00 | OA | $0.00 | FA |
| 7  Santander Consumer USA - 2008 Ford Mustang with 83,000 miles | $10,000.00 | $2,390.00 | | $3,000.00 | FA |
| **Asset Notes:** Liquidating equity. | | | | | |
| 8  VOID | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**  **Gross Value of Remaining Assets**

$10,685.00    $2,390.00    $3,000.00    $0.00

**Major Activities affecting case closing:**

| 01/27/2015 | Prepared TFR for attorney review |
| 09/02/2014 | Linda prepare motion to sell, TFR to be completed after all payments are made. |
| 08/25/2014 | Debtor to pay $500.00 p/m for 6 months on 2008 Ford Mustang |
| 08/05/2014 | Payments will be made on the 29th each month beginning July 29, 2014. |
| 08/04/2014 | Motion to sell to be filed. |
| 07/20/2014 | Meeting held 6/19/14. |

Debtor has approximately $3000.00 in equity in 2008 Mustang.
Debtor to pay over 6 months at $500.00 p/m and add trustee as addition insurer.

Meeting concluded – Asset Case.

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2014 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | | DAVID LEIBOWITZ |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

Exhibit 9

| Case No.: | 14-16462-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | WASHINGTON, LEON | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***0316 | Checking Acct #: | ******6201 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 4/30/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/7/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/04/2014 | (7) | Leon Washington | Payment for non exempt equity | 1129-000 | $500.00 | | $500.00 |
| 08/29/2014 | (7) | Leon Washington | Payment for non exempt equity | 1129-000 | $500.00 | | $1,000.00 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $0.67 | $999.33 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $1.50 | $997.83 |
| 10/02/2014 | (7) | Leon Washington | Payment for non exempt equity | 1129-000 | $500.00 | | $1,497.83 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.41 | $1,495.42 |
| 11/05/2014 | (7) | Leon Washington | Payment No. 4 | 1129-000 | $500.00 | | $1,995.42 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.80 | $1,992.62 |
| 12/12/2014 | (7) | Leon Washington | Payment for non-exempt equity | 1129-000 | $500.00 | | $2,492.62 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.65 | $2,488.97 |
| 01/09/2015 | (7) | Leon Washington | Settlement Payment | 1129-000 | $500.00 | | $2,988.97 |
| 05/06/2015 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $750.00 | $2,238.97 |
| 05/06/2015 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $3.04 | $2,235.93 |
| 05/06/2015 | 3003 | IRS Priority Debt | Claim #: 2; Amount Claimed: 413.51; Amount Allowed: 413.51; Distribution Dividend: 100.00; | 5800-000 | | $413.51 | $1,822.42 |
| 05/06/2015 | 3004 | IRS Priority Debt | Claim #: 2; Amount Claimed: 586.88; Amount Allowed: 586.88; Distribution Dividend: 26.78; | 7100-000 | | $157.14 | $1,665.28 |
| 05/06/2015 | 3005 | Midland Credit Management, Inc. | Claim #: 3; Amount Claimed: 5,521.66; Amount Allowed: 5,521.66; Distribution Dividend: 26.78; | 7100-000 | | $1,478.49 | $186.79 |
| 05/06/2015 | 3006 | Cavalry SPV I, LLC as assignee of | Claim #: 1; Amount Claimed: 697.58; Amount Allowed: 697.58; Distribution Dividend: 26.78; | 7100-900 | | $186.79 | $0.00 |
| | | | **TOTALS:** | | $3,000.00 | $3,000.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $3,000.00 | $3,000.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $3,000.00 | $3,000.00 | |

**For the period of 4/30/2014 to 7/7/2015**

| | |
|---|---|
| Total Compensable Receipts: | $3,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 08/04/2014 to 7/7/2015**

| | |
|---|---|
| Total Compensable Receipts: | $3,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-16462-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | WASHINGTON, LEON | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***0316 | Checking Acct #: | ******6201 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 4/30/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/7/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $3,000.00 | $3,000.00 | $0.00 |

**For the period of 4/30/2014 to 7/7/2015**

| | |
|---|---:|
| Total Compensable Receipts: | $3,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 04/30/2014 to 7/7/2015**

| | |
|---|---:|
| Total Compensable Receipts: | $3,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |